In the Matter of the Petition of the COUNTY OF QUEENS, Relative to the Acquiring of the Road, Turnpike or Highway, Formerly Known as The Brooklyn and Jamaica Turnpike Road, etc. THE BROOKLYN, QUEENS COUNTY AND SUBURBAN RAILROAD COMPANY, Appellant; THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ., concur.

In the Matter of the Petition of LAURETTA A. KEATING to Render and Settle Her Account as Administratrix of the Estate of WILLIAM F. KEATING, Deceased.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs to respondent payable out of the estate. If the bank deposits were given by decedent to his wife in due form and by actual transfer of the bank books prior to his death, a valid gift *inter vivos* was established. As against this the surrogate had before him the original account and transfer tax proceedings and the transactions of the widow acting as administratrix and recognizing the deposits as part of the estate. It was claimed by the widow that this was done through inadvertence, and because her attorneys, reputable members of the bar, had not been informed of the actual facts, upon ascertaining which the account was promptly corrected. The fact of the gift *inter vivos* was established by a number of witnesses whose testimony convinced the surrogate that they were telling the truth. We think the question presented was one of fact, and that the evidence justified the surrogate's conclusions. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

In the Matter of the Petition of RACHEL MEYER, as Administratrix, etc., of HARRY MEYER, Deceased, Respondent, to Approve the Compromise between the Petitioner and LOUIS MEYER and Another, as Surviving Partners of the Firm of MEYER BROS., Respondents, in the Settlement and Liquidation of the Undivided Share or Interest of HARRY MEYER, Deceased, in Said MEYER BROS. NATHAN SANDLER, Appellant.— Order of the Surrogate's Court of Kings county, approving compromise, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ., concur.

In the Matter of the Estate of GEORGE W. PARSONS, Deceased. (Construction of Will.) — Decree of the Surrogate's Court of Westchester county unanimously affirmed, with costs, upon the opinion of the surrogate. [Reported in 124 Misc. 394.] Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

KNUT V. JOHNSON, Respondent, v. OSCAR S. JOHNSON, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ELIZABETH KELLY, Appellant, v. DANIEL F. MARTELL and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

JOHN C. KIENZLE, an Infant, by THEODORE MICHAELS, as General Guardian, etc., Appellant, v. CHARLES FLACH, as Sole Executor, etc., of CHRISTOPHER KIENZLE, Deceased, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

WILLARD H. KIRK, Respondent, v. HAROLD J. SMITH, Defendant, and HOWARD B. SCOFIELD, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.